# United States Bankruptcy Court

Eastern District of Kentucky, Lexington Division

In re  Tammy K Whisman ,                                Case No. 10-50706

## TRANSFER OF CLAIM FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding, LLC   c/o Shellpoint Mortgage Servicing | CitiFinancial, Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
LVNV Funding, LLC   c/o Shellpoint Mortgage Servicing

P.O. Box 10826

Greenville, SC 29603-0826

Phone: (800)365-7107

Last Four Digits of Acct #:  4193

Court Claim # (if known):  7
Amount of Claim:  $    8,842.28
Date Claim Filed:  4/24/2013

Phone: (888)701-6280

Last Four Digits of Acct #:  6798

Name and Address where transferee payments should be sent (if different from above):
LVNV Funding, LLC   c/o Shellpoint Mortgage Servicing
P.O. Box 19006

Greenville, SC29602-9006

Phone:

Last Four Digits of Acct #:  4193

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ April  D. Collins                                                                 Date: 1/30/2015

Transferee/Transferee's Agent

*Penalty for making a false statement:*    Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Limited Power of Attorney

LVNV Funding LLC ("Owner" or "Grantor") has engaged New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing ("Shellpoint") to service loans on their behalf. Grantor hereby issues this Limited Power of Attorney in favor of Shellpoint to give Shellpoint the authority to perform the tasks necessary to service these accounts.

Now, therefore, Grantor does hereby constitute and appoint Shellpoint the true and lawful attorney-in-fact of Grantor and in Grantor's name, place and stead for the following purposes:
1. executing, acknowledging, and delivering any Assignment of Mortgage, Note, Title, Judgment or Indebtedness, or other document necessary to transfer or to protect the right, title and Interest of any Account serviced by Shellpoint on behalf of Grantor;
2. endorsing, as agent for Grantor, any checks or other instruments (made payable to Grantor) received as payment with respect to the Accounts;
3. executing any document or instrument needed to release, satisfy, reconvey, or assign any lien or Account;
4. initiating and conducting any and all usual and customary legal or servicing actions, including (but not limited to) foreclosure actions, replevin, repossession, and lawsuits;
5. signing notices of transfers of claim with respect to the Accounts; and,
6. executing any document or instrument needed to market, sell, or transfer ownership of property owned as a result of foreclosure, deed-in-lieu, receipt of quit-claim deed, surrender, or other form of repossession of any collateral securing Accounts serviced by Shellpoint.

Grantor further grants to Shellpoint as its attorney-in-fact full authority to act in any manner both proper and necessary to exercise the foregoing powers, and ratifies every act that Shellpoint may lawfully perform in exercising those powers by virtue thereof. This Limited Power of Attorney ratifies both future actions taken by Shellpoint as well as those taken prior to the date of this document.

IN WITNESS THEREOF, Grantor has executed this Limited Power of Attorney this 7th day of March, 2014.

**LVNV Funding, LLC**

By: [signature]
Name: Kevin P. Branigan
Title: President

Witnessed by:

Alison Kelly
Sarah Gust

STATE OF South Carolina  COUNTY OF Charleston
SUBSCRIBED and SWORN TO before me this 7th day of March, 20 14.

[signature] Brianne Porter
Notary Public
My Commission Expires: 8 / 10 / 2016

BRIANNE H. PORTER
Notary Public, South Carolina
My Commission Expires
August 10, 2016

**SHELLPOINT MORTGAGE SERVICING**  Phone Number:  (800) 365-7107
P.O. Box 10826  Fax:  (866) 476-3705
Greenville, SC  29603-0826  e-Mail:  mtgbk@shellpointmtg.com

---

RE: Whisman
CASE NO.: 10-50706


PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, January 30, 2015.


U.S. Bankruptcy Court
P. O. BOX 1111
Lexington, KY   40588-


Abigail Voelker
P.O. Box 326
Butler, KY   41006-


Beverly Burden
P.O. Box 2204
Lexington, KY   40588-2204




/s/ April D. Collins