# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:  Lloyd Ray Whisman            Case Number:   10-50706
        Tammy Kay Whisman
        Debtors

## PLAN COMPLETION REPORT

The Chapter 13 Trustee reports to the Court that the Debtors have completed all payments required by the confirmed plan and other orders of the Court.  The Trustee has notified the Debtors that no further payments to the Trustee are to be made.

**Notice is now given to the Debtors and Counsel for the Debtors that in order to receive a Discharge, the Debtors must complete and file with the Court a** *Certification of Plan Completion and Request for Discharge,* **Local Form 4004-5a, within 30 days from the date of this Report.**

The Trustee mailed a copy of Local Form 4004-5a to the Debtors along with a letter informing the Debtors of the completion of plan payments and providing other pertinent information.

Dated:  2/6/2015

                                                     /s/   Beverly M. Burden
                                                     Beverly M. Burden, Chapter 13 Trustee
                                                     Ky Bar ID: 09330
                                                     P O Box 2204
                                                     Lexington, KY  40588-2204
                                                     notices@ch13edky.com
                                                     859-233-1527

Copies to:

| | |
|---|---|
| Lloyd Ray Whisman | VOELKER, ABIGAIL E. |
| Tammy Kay Whisman | P O BOX 326 |
| 2954 Snake Lick Road | BUTLER , KY  41006 |
| Berry, KY  41003 | |