# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN THE MATTER OF:

**CHAPTER 13**

TAMMY K. WHISMAN
LLOYD WHISMAN

**CASE NUMBER
10-50706**

**DEBTORS**

---

### MOTION TO REOPEN CLOSED BANKRUPTCY CASE WITHOUT FILING FEE
---

Comes, now the Debtors, by and through counsel, and does move this honorable Court to allow this bankruptcy case to be reopened under 11 U.S.C. sec 350(b).   The Debtors seek this reopening so that they may file an adversary proceeding/ Motion for Relief against Shellpoint Mortgage for a violation(s) of their discharge rights pursuant to 11 U.S.C. § 727.

Shellpoint's lien was paid in full in the course of the debtor's chapter 13 case.   While the lien is no longer valid and has been discharged, Shellpoint continues to maintain the lien in the Office of the Harrison Co. Clerk and continue to seek payment from the Debtors.

WHEREFORE, it is respectfully prayed that the case be reopened and that the Debtor be given leave to file an adversary proceeding.

    Respectfully Submitted,

    BRIAN T. CANUPP, P.S.C.

    /s/Brian T. Canupp
    Brian T. Canupp
    322 Main Street
    Paris, KY 40361
    859-988-9658
    Brian@Canupplaw.com

## NOTICE

Parties of record are also notified that they shall have 14 days notice and opportunity to file a response to this application.

/s/ Brian T. Canupp

## CERTIFICATE OF SERVICE

I Brian T. Canupp, do here by certify that a copy of this document was served via US Mail and/or electronic service to the Chapter 13 trustee, the US Trustee and those named below on this the 6th day of March, 2019.

ShellPoint Mortgage Servicing
4000 Chemical Road, Ste. 200
Plymouth, PA 19462

LVNV Funding
c/o ShellPoint Mortgage
PO Box 10826
Greenville, SC 29603-0826

/s/ Brian T. Canupp